IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VISALAKSHI MALLADI, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:03-cv-00633-WKW |
| ) | (WO) |
| ANTHONY J. PRINCIPI, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On August 31, 2006, the Magistrate Judge filed a Recommendation (Doc. # 55) that this case be dismissed. Plaintiff timely filed objections (Doc. # 56). Upon an independent and *de novo* review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Objections (Doc. # 56) are OVERRULED;

2. The Recommendation (Doc. # 55) of the Magistrate Judge is ADOPTED;

3. The defendant's Motion for Summary Judgment, or in the Alternative, Motion to Dismiss (Doc. # 29) is GRANTED in full with respect to the Rule 56 motion for summary judgment and DENIED with respect to the Rule 12(b)(6) motion for dismissal; and

4. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 19th day of September, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE